UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADRIANNA FLAGG,

      Plaintiff,

vs.                                CASE NO.:

WALGREEN CO., a foreign corporation,
d/b/a WALGREENS,

      Defendant.
_____/

### DEFENDANT, WALGREEN CO.'S, NOTICE OF REMOVAL

To:    The Judges of the United States District Court
        for the Middle District of Florida
        Orlando Division
        U.S. Courthouse
        401 West Central Boulevard
        Suite 1200
        Orlando, Florida 32801-0120

      Pursuant to the provisions of 28 U.S.C.A. §§ 1332, 1441 and 1446, Defendant, WALGREEN CO., hereby removes to this Court the action filed against it in the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, and as grounds for the removal of this action to the United States District Court for the Middle District of Florida, Orlando Division, this Defendant states as follows:

      1.      There is presently pending in the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, the following styled action: ADRIANNA FLAGG, Plaintiff, vs. WALGREEN CO., a foreign corporation, d/b/a WALGREENS, Defendant, bearing Case No.: 05-2020-CA-051886-XXXX-XX.

2. That on or about December 8, 2020, the Plaintiff, ADRIANNA FLAGG, filed a First Amended Complaint and demand for jury trial in the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, a copy of which is attached hereto as **Exhibit 1**. The Defendant, Walgreen Co.'s, Answer to Plaintiff's First Amended Complaint, and Demand for Jury Trial is attached hereto as **Exhibit 2**. The Brevard County Clerk of Court's Register of Actions for Case No. 05-2020-CA-051886-XXXX-XX is attached hereto as **Exhibit 3**. All Other State Court Documents are attached hereto as **Composite Exhibit 4**. The Civil Cover Sheet for this Court is attached hereto as **Exhibit 5**. Said documents are attached to this Notice as required by U.S.C. §1446(a).

3. The First Amended Complaint was served on Walgreen Co. on December 18, 2020. This Removal is being effected within thirty (30) days after service of the First Amended Complaint. See 28 U.S.C. §1446(b). Defendant has not waived its right to remove.

4. That this Notice of Removal is founded upon diversity of citizenship jurisdiction pursuant to 28 U.S.C.A., Section 1332 and 28 U.S.C.A. Section 1441. The matter is between citizens of different states and the amount in controversy, excluding interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000).

5. That at all times material hereto, the Plaintiff in the above-styled action is a citizen of the State of Florida residing at 281 Ulster Lane, Melbourne, Brevard County, Florida. The Plaintiff has been an active registered Florida voter since 5/16/2006 (see Florida Voter Registration record attached as **Exhibit 6**). As noted in the style of the Plaintiff's First Amended Complaint, Walgreen Co. is "a foreign corporation". For purposes of diversity, the single Defendant has its citizenship in states other than the State of Florida. The Defendant, Walgreen Company, is incorporated in the State of Illinois. The Defendant's, Walgreen Company,

principal place of business is 300 Wilmot Road, Deerfield, Illinois 60015. There is complete diversity of citizenship between the Defendant and the Plaintiff.

6. This case is properly removable under 28 U.S.C. §1441(a) since the Court has subject matter jurisdiction under Section 1332(a)(1). The First Amended Complaint was served on Walgreen Co. on December 18, 2020. The amount in controversy in the First Amended Complaint is not specified, other than claiming "This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00) exclusive of attorney's fees, costs and interest. ". The Plaintiff's First Amended Complaint also states "As a direct and proximate result of the aforesaid negligence of the Defendant, WALGREENS, the Plaintiff was severely, significantly and permanently injured within a reasonable degree of medical probability, and has been permanently and significantly scarred and/or disfigured; has incurred a significant and permanent loss of bodily functions; and/or has sustained a significant and permanent aggravation of a pre-existing injury. As a further direct and proximate result of Defendant, WALGREENS' negligence, the Plaintiff suffered extreme pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life, lost earning capacity, and will so suffer in the future. The Plaintiff has in the past and will in the future be obligated to pay large sums of money for doctors' bills, hospital bills and other directly and indirectly related expenses in an effort to alleviate her suffering and cure her injuries. The Plaintiff has in the past and will in the future suffer lost wages as a result of her injuries. The Plaintiff has in the past and will in the future be unable to lead and enjoy a normal life as the result of the injuries. All of the Plaintiffs losses are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.".

The Plaintiff served the Defendant with a detailed $400,000.00 Demand Letter dated October 27, 2020 (see **Exhibit 7** attached), which states the Plaintiff is claiming the subject fall

caused the Plaintiff to undergo lumbar surgery, and is claiming in excess of $80,438.91 in past medical bills.

Accordingly, the damages sought by Plaintiff are clearly in excess of the $75,000.00 jurisdictional requirement of this Court, and to the best of this Defendant's knowledge, the requisite jurisdictional amount, as provided by 28 U.S.C.A. Section 1441, et seq., and 28 U.S.C.A. 1332, has been met.

7. That venue properly rests with the Middle District of the United States District Court, Orlando Division because this action is being removed from the Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida.

8. This Defendant has filed with the Clerk of Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida, a true and correct copy of this Notice of Removal pursuant to 28 U.S.C.A. 1446(e). See **Exhibit 8** attached.

9. That the undersigned attorney is authorized by Defendant, Walgreen Co., to file this Notice of Removal.

10. That the undersigned attorney is licensed in the State of Florida and is authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, Defendant, Walgreen Co., respectfully requests that this Court assume jurisdiction of this action pursuant to 28 U.S.C.A. §§1332 and 1441.

Dated this 12th day of January, 2021.

Respectfully submitted,

_____
**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803

4

Telephone: (407) 219-5799
Facsimile: (407) 219-5788
Trial Counsel for Defendant,
Walgreen Co.
Emails:   jcoleman@rclawpa.com
          rcunningham@rclawpa.com
          dthompson@rclawpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to the following: Joe M. Mitchell, III, Esquire, The Mitchell Law Firm, P.A., 134 5th Avenue, Suite 103, Indialantic, FL 32903.

*/s/ James A. Coleman*

**JAMES A. COLEMAN, ESQUIRE**
James A. Coleman, P.A.
Florida Bar No.: 0434711
612 East Colonial Drive, Suite 250
Orlando, Florida 32803
Telephone: (407) 219-5799
Facsimile: (407) 219-5788
Trial Counsel for Defendant,
Walgreen Co.
Emails:   jcoleman@rclawpa.com
          rcunningham@rclawpa.com
          dthompson@rclawpa.com

5