AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

ADRIANNA FLAGG

*Plaintiff(s)*

v.

WALGREEN CO.; ENCOMPASS ONSITE, LLC, (Florida LLC); ENCOMPASS ONSITE LLC (Foreign LLC); ENCOMPASS B&C, LLC (Florida LLC) and ENCOMPASS B&C LLC (Foreign LLC),

*Defendant(s)*

Civil Action No. 6:21-cv-84-RBD-EJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENCOMPASS ONSITE, LLC, a Foreign Limited Liability Company
c/o Registered Agent Valerie Kiffin-Lewis
401 Northwest 77th Avenue
Fort Lauderdale, FL 33311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE MITCHELL LAW FIRM, P.A.
Attn: Joe M. Mitchell III, Esq.
134 5th Avenue, Suite 103
Indialantic, FL 32903
Tel (321) 473-7330
eservice@themitchelllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KarinaCummings

Date: February 10, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

ADRIANNA FLAGG

*Plaintiff(s)*

v.

WALGREEN CO.; ENCOMPASS ONSITE, LLC, (Florida LLC); ENCOMPASS ONSITE LLC (Foreign LLC); ENCOMPASS B&C, LLC (Florida LLC) and ENCOMPASS B&C LLC (Foreign LLC),

*Defendant(s)*

Civil Action No. 6:21-cv-84-RBD-EJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ENCOMPASS ONSITE, LLC, a Florida Limited Liability Company
c/o Registered Agent Valerie Kiffin-Lewis
401 Northwest 77th Avenue
Fort Lauderdale, FL 33311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE MITCHELL LAW FIRM, P.A.
Attn: Joe M. Mitchell III, Esq.
134 5th Avenue, Suite 103
Indialantic, FL 32903
Tel (321) 473-7330
eservice@themitchelllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KarinaCummings

Date: February 10, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

ADRIANNA FLAGG

*Plaintiff(s)*

v.

WALGREEN CO.; ENCOMPASS ONSITE, LLC, (Florida LLC); ENCOMPASS ONSITE LLC (Foreign LLC); ENCOMPASS B&C, LLC (Florida LLC) and ENCOMPASS B&C LLC (Foreign LLC),

*Defendant(s)*

Civil Action No. 6:21-cv-84-RBD-EJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENCOMPASS B&C, LLC, a Foreign Limited Liability Company
c/o Registered Agent Valerie Kiffin-Lewis
401 Northwest 77th Avenue
Fort Lauderdale, FL 33311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THE MITCHELL LAW FIRM, P.A.
Attn: Joe M. Mitchell III, Esq.
134 5th Avenue, Suite 103
Indialantic, FL 32903
Tel (321) 473-7330
eservice@themitchelllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KarinaCummings

Date: February 10, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| ADRIANNA FLAGG | ) |
|---|---|
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 6:21-cv-84-RBD-EJK |
| WALGREEN CO.; ENCOMPASS ONSITE, LLC, (Florida LLC); ENCOMPASS ONSITE LLC (Foreign LLC); ENCOMPASS B&C, LLC (Florida LLC) and ENCOMPASS B&C LLC (Foreign LLC), | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENCOMPASS B&C, LLC, a Florida Limited Liability Company
c/o Registered Agent Valerie Kiffin-Lewis
401 Northwest 77th Avenue
Fort Lauderdale, FL 33311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THE MITCHELL LAW FIRM, P.A.
Attn: Joe M. Mitchell III, Esq.
134 5th Avenue, Suite 103
Indialantic, FL 32903
Tel (321) 473-7330
eservice@themitchelllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: February 10, 2021

Signature of Clerk or Deputy Clerk